UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:18-cr-0300-JAD-VCF |
| --- | --- |
| Plaintiff | 2:19-cr-00012-RFB-NJK |
| v. | |
| Everado Fuentes, Jr., et al., | **Order Continuing Self-Surrender Date to 2/1/2022** |
| Defendants | |

    Defendant Everado Fuentes Jr. was sentenced in two separate cases in this district, and he was ordered to self-surrender by January 3, 2022, to begin serving those sentences. Fuentes now moves for a 60-day extension of that self-surrender deadline, citing his need to take additional steps to put his business in the best position to continue in this absence and his desire to celebrate various family birthdays. Because the court finds that the business concerns provide good cause for a one-month extension of the self-surrender deadline but a full 60-day extension is not warranted, IT IS HEREBY ORDERED that **the motions [ECF No. 112 in 2:18-cr-300-JAD-VCF, and ECF No. 167 in 2:19-cr-12-RFB-NJK] are GRANTED in part**, and **the self-surrender date is extended to February 1, 2022.** Defendant Everado Fuentes Jr. must self-surrender by noon on February 1, 2022, at the designated facility.

Dated: December 28, 2021

    _____
    U.S. District Judge Jennifer A. Dorsey

    _____
    U.S. District Judge Richard F. Boulware